# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-                                                  Case No.: 6:95-cr-208-Orl-19

ISABELITA DURAN,

    Defendant.

_____/

## **ORDER**

This case is before the Court on Defendant's Motion Under Federal Rule of Civil Procedure 60(b)(5)(6) (Doc. No. 1092, filed March 1, 2006). Defendant alleges that there were errors in her sentencing and that she is entitled to a resentencing.

Federal Rule of Civil Procedure 60 does not provide a basis for the relief sought by Defendant. Rather, it appears that Defendant is seeking relief under 28 U.S.C. section 2255. If so, Defendant should file a separate motion seeking such relief.[1]

Accordingly, it is **ORDERED** that Defendant's Motion Under Procedure 60(b)(5)(6) (Doc. No. 1092, filed March 1, 2006) is **DENIED.**

**DONE AND ORDERED** at Orlando, Florida this \_\_6th\_\_\_\_\_ day of March, 2006.

---

[1] The Court is not making any determination as to whether such claims would be viable under section 2255.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 3/1
Counsel of Record
Isabelita Duran